IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-04-01 |
| | § | CIVIL ACTION NO. G-06-459 |
| CHRISTOPHER RODRIGUEZ | § | |

## OPINION AND ORDER

Before the Court is a Report and Recommendation from the United States Magistrate Judge dated July 31, 2006, which recommends that the " Motion in Support of 28 U.S.C. § 2255 to Vacate, Remand or Resentence" of Christopher Rodriguez, the named Defendant in this cause, be summarily denied. Rodriguez was given until August 18, 2006, to file objections to the Report and Recommendation, however, no objections have been filed.

Upon *de novo* review, pursuant to 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation of the Magistrate Judge is well reasoned and correct application of the law to the facts in this case and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

It is, therefore, the **ORDER** of this Court that the " Motion in Support of 28 U.S.C. § 2255 to Vacate, Remand or Resentence" (Instrument no. 80) of Christopher Rodriguez is **SUMMARILY DENIED.**

**DONE** at Galveston, Texas, this 28th day of August, 2006.

_____
Samuel B. Kent
United States District Judge